UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Sajid Dacres

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant **Sajid Dacres** _____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

**X**  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Sajid Dacres**
_____
Print Defendant's Name

_/s/ Jonathan Marvinny_____
Defendant's Counsel's Signature

**Jonathan Marvinny**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12·3·2020
_____
Date

_Katherine H. Parker_____
U.S. District Judge/U.S. Magistrate Judge